UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: SKECHERS TONING SHOE          Master File No. 3:11-MD-2308-TBR
PRODUCTS LIABILITY LITIGATION        MDL No. 2308

THIS DOCUMENT RELATES TO ALL         THOMAS B. RUSSELL
CASES                                U.S. DISTRICT JUDGE

ORDER ESTABLISHING PRACTICE AND PROCEDURE ORDERS FOR PERSONAL INJURY CLAIMS IN MDL NO. 2308

The Plaintiffs have moved to establish an initial set of practice and procedures rules to govern the personal injury claims in MDL No. 2308. Docket Number ("DN") 10. The Defendants have responded with objections and proposed amendments. DN 22. The Plaintiffs have replied. DN 30. Having considered the matter and being fully advised, **IT IS HEREBY ORDERED** that Practice and Procedure Orders Nos. 2-8 are established as follows:

- Practice and Procedure Order No. 2: Service and Direct Filing
- Practice and Procedure Order No. 3: General Case Procedures
- Practice and Procedure Order No. 4: Depositions
- Practice and Procedure Order No. 5: Preservation of Records
- Practice and Procedure Order No. 6: Guidelines for MDL No. 2308 Plaintiffs' Personal Injury Counsel for Time and Expense Reporting of Common Benefit Fees and Related Costs
- Practice and Procedure Order No. 7: Plaintiffs' Personal Injury Litigation Expense Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for Common Benefit
- Practice and Procedure Order No. 8: Tolling Agreement for Personal Injury Claims

These orders shall be entered separately and are forthcoming with this Order.

**IT IS HEREBY FURTHER ORDERED** that the above listed practice and procedure orders shall only apply to Plaintiffs' personal injury claims. These orders shall not govern causes of action for fraud, violation of consumer protection statutes, or other such economic injuries not

related to a personal injury claim, whether asserted individually or on behalf of a class.  Practice and procedure orders governing those claims shall be entered by the Court at a later date.

**IT IS SO ORDERED.**