THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN RE:<br>SKECHERS TONING SHOE<br>PRODUCT LIABILITY LITIGATION | CASE:  3:11-MD-02308-TBR<br><br>MDL NO. 2308<br><br>HON. THOMAS B. RUSSELL |

## AGREED ORDER OF DISMISSAL

All matters pending before this Court in MDL No. 2308 have been resolved, all individual cases and Plaintiffs' claims associated herewith have been dismissed, and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that MDL No. 2308 is dismissed and shall be removed from the Court's active docket.  All counsel appointed to leadership positions in MDL No. 2308 are relieved of their responsibilities.

Tendered by:

/s/ Ronald E. Johnson, Jr. (with permission)
Ronald E. Johnson, Jr.
Penny Unkraut Hendy
Jay Vaughn
Schachter, Hendy & Johnson, PSC
909 Wright's Summit Parkway, Suite 210
Fort Wright, KY 41011
Phone: 859-578-4444
Fax: 859-578-4440
E-mail: rjohnson@pschachter.com
         phendy@pschachter.com
         jvaughn@pschachter.com
**Lead Counsel for Plaintiffs**

/s/ Jill F. Endicott
Jill F. Endicott
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Phone: (502) 581-8000
Fax: (502) 581-8111
E-mail: jill.endicott@dinsmore.com

Michael D. Eagen
DINSMORE & SHOHL LLP
255 E. 5th St., Suite 1900
Cincinnati, OH 45202
Phone: (513) 977-8578
E-mail: michael.eagen@dinsmore.com

Of Counsel:
Daniel M. Petrocelli
Jeffrey A. Barker
Justine M. Daniels
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
E-mail: dpetrocelli@omm.com
         jbarker@omm.com
         jdaniels@omm.com
**Counsel for Defendants, Skechers U.S.A., Inc., Skechers U.S.A., Inc. II, and Skechers Fitness Group**